■ In the Matter of CARMEN COLEMAN, Appellant, v TRACY FOX, Respondent. (Appeal No. 2.) [939 NYS2d 896]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered September 17, 2010 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of petitioner for attorneys' fees.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Fox v Coleman* (93 AD3d 1187 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.

■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE THRUWAY AUTHORITY et al., Respondents. (Claim No. 116804-A.) (Appeal No. 1.) [939 NYS2d 913]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered April 2, 2010. The order dismissed the claim for lack of jurisdiction pursuant to CPLR 3211.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.

■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE THRUWAY AUTHORITY et al., Respondents. (Claim No. 116804-A.) (Appeal No. 2.) [939 NYS2d 913]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered September 16, 2010. The order, inter alia, granted the motion of claimant for leave to reargue, and upon reargument, dismissed the claim pursuant to CPLR 3212.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.